UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANDREW MICHAEL VAN METER                                              PLAINTIFF

VERSUS                                                CIVIL ACTION NO. 1:09CV287-RHW

CLIFFTON EALEY et al                                                 DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court enters its Final Judgment in the above-captioned matter.

It is ordered that Plaintiff has failed to state a claim for which relief may be granted and that Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 29th day of June, 2010.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE